50 A.3d 648

IN THE MATTER OF VINCENT M. ANSETTI, AN ATTORNEY
AT LAW (ATTORNEY NO. 007992005).

September 12, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–415 and DRB 12–024, concluding that **VINCENT M. ANSETTI** of **JERSEY CITY,** who was admitted to the bar of this State in 2005, should be censured for violating *RPC* 1.8(a) (lawyer shall not enter into a business transaction with client unless the client is advised in writing to seek independent counsel and client gives informed consent in writing to the representation); *RPC* 1.15(a) (failure to safeguard client funds); and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **VINCENT M. ANSETTI** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.